IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MELISSA MARSHALL                                                        PLAINTIFF

v.                    NO. 3:18-cv-00185 PSH

NANCY A. BERRYHILL, Acting Commissioner                                 DEFENDANT
of the Social Security Administration

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for plaintiff Melissa Marshall.

IT IS SO ORDERED this 7th day of March, 2019.

_____
UNITED STATES MAGISTRATE JUDGE