IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MELISSA MARSHALL                                                                PLAINTIFF

v.                              NO. 3:18-cv-00185 PSH

NANCY A. BERRYHILL, Acting Commissioner                                         DEFENDANT
of the Social Security Administration

## ORDER

Plaintiff Melissa Marshall ("Marshall") has filed the pending motion for an award of attorney's fees and other expenses under the provisions of the Equal Access to Justice Act. See Docket Entry 14. In the motion, she seeks attorney's fees in the amount of $2,083.90 and expenses in the amount of $20.07, or a total amount of $2,103.97. The Acting Commissioner of the Social Security Administration ("Commissioner") has no objection to Marshall's request.

The Court has reviewed the motion for an award of attorney's fees and other expenses and finds nothing unreasonable about the hours of work performed, the hourly rate, or the expenses incurred. The motion is granted, and attorney's fees and expenses in the total amount of $2,103.97 are awarded Marshall. Because the award belongs to Marshall and not her attorney, see Astrue v. Ratliff, 560 U.S. 586 (2010), the Department of Treasury shall issue payment of this award by check made payable to Marshall, in care of her attorney, Stephanie Bartels Wallace ("Wallace"), and shall mail the check to Wallace at her Jonesboro, Arkansas, address.

IT IS SO ORDERED this 13th day of May, 2019.

_____
UNITED STATES MAGISTRATE JUDGE